

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00127-CV

Christopher J. **GALE**,
Appellant

v.

Terri Lynn **GALE**, Stephani A. Walsh and Sara A. Herrmann,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-24190
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is reinstated, the joint motion to dismiss is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a), 43.2(f). Costs of appeal are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d).

SIGNED June 12, 2019.

_____
Irene Rios, Justice